SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MELANIE DELAPAZ

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE DELAPAZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INTERNATIONAL GARDEN CENTER, INC.; SOUTHERN CALIFORNIA EDISON COMPANY; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No.: 2:25-cv-07435<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SOUTHERN CALIFORNIA EDISON COMPANY** |

**PLEASE TAKE NOTICE** that Plaintiff MELANIE DELAPAZ ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant SOUTHERN CALIFORNIA EDISON COMPANY ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

　　(a) **Voluntary Dismissal.**

　　　　(1)　*Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  August 12, 2025         SO. CAL. EQUAL ACCESS GROUP

                              By:   /s/  Jason J. Kim
                                  Jason J. Kim
                                  Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**